KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JOCELYN BURTON (CSBN 135879)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7198
    FAX: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ALMANZA, | No. C 03-5779 MEJ |
|     Plaintiff, | [PROPOSED ORDER] AND STIPULATION OF DISMISSAL WITH PREJUDICE; AND |
| v. | |
| ANTHONY J. PRINCIPI, SECRETARY UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, | ORDER FOR CLERK OF COURT TO CLOSE THE FILE. |
|     Defendants. | |

[PROPOSED ORDER] AND STIPULATION OF DISMISSAL
C 03-5779 MEJ

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate to a dismissal of this action with prejudice. Each party will bear his own costs.

LAW OFFICES OF R. ROBERT MONTERROSA

Dated: 6/23/2005          By:      //ss//
                                   R. Robert Monterrosa
                                   Attorneys for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: 6/23/2005          By:      //ss//
                                   JOCELYN BURTON
                                   Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk of Court is hereby ORDERED to close the file.

IT IS SO ORDERED.

Dated: June 28, 2005          By: _____

IT IS SO ORDERED
Magistrate Judge Maria-Elena James

[PROPOSED ORDER] AND STIPULATION OF DISMISSAL
C 03-5779 MEJ                               2